**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Seung Yang (SBN 249857);Christopher L. Garcia (SBN 306082); Jessica M. Abreu (SBN 343366); MOON & YANG, APC 1055 West Seventh Street Suite 1880 Los Angeles, CA 90017 TELEPHONE NO.: (213) 232-3128 \| FAX NO. (213) 232-3125 \| E-MAIL ADDRESS kane.moon@moonyanglaw.com; allen.feghali@moonyanglaw.com; enzo.nabiev@moonyanglaw.com ATTORNEY FOR: Plaintiff: JEVANNO RUSSELL | **ELECTRONICALLY FILED** Superior Court of California, County of San Diego **08/23/2022** at 12:00:00 PM Clerk of the Superior Court By E- Filing,Deputy Clerk |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO |
|---|
| STREET ADDRESS: 330 West Broadway |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: San Diego, CA 92101 |
| BRANCH NAME: CENTRAL |

| Plaintiff: JEVANNO RUSSELL, an individual | CASE NUMBER: |
|---|---|
| Defendant: SODEXO, INC., a Delaware Corporation; et al. | 37-2022-00030509-CU-WT-CTL |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: 2094619R |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: Notice of Case Assignment and Case Management Conference (Civil)
3. a. Party served *(specify name of party as shown on documents served)*:
   **SODEXO, INC. AND AFFILIATED COMPANIES, a business of form unknown**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Corporate Creations Network, Inc., Agent for Service of Process - by serving Lora Baker, Certified Coding Specialist**
4. Address where the party was served: **4640 Admiralty Way, 5th Floor Marina Del Rey, CA 90292**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **8/16/2022** (2) at *(time)*: **1:10 PM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use Judicial Council of California POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 POS010-1/2094619 |
|---|---|---|

| | |
|---|---|
| Plaintiff: **JEVANNO RUSSELL, an individual**<br>Defendant: **SODEXO, INC., a Delaware Corporation; et al.** | CASE NUMBER:<br>**37-2022-00030509-CU-WT-CTL** |

  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date):*                              (2) from *(city):*
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* **SODEXO, INC. AND AFFILIATED COMPANIES, a business of form unknown**

    under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)               ☑ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                 ☐ 415.46 (occupant)
                                                  ☐ other:

7. **Person who served papers**
  a. Name: **Erika Garcia - Ace Attorney Service, Inc.**
  b. Address: **811 Wilshire Boulevard, Suite 900 Los Angeles, CA 90017**
  c. Telephone number: **(213) 623-3979**
  d. **The fee** for service was: **$ 44.50**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
        (i) ☐ owner      ☑ employee      ☐ independent contractor.
        (ii) Registration No.: **2019206319**
        (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/22/2022**

_____
**Erika Garcia**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(Signature - Per CC §1633.7)*