| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Seung Yang (SBN 249857);Christopher L. Garcia (SBN 306082);<br>Jessica M. Abreu (SBN 343366);<br>MOON & YANG, APC<br>1055 West Seventh Street Suite 1880<br>Los Angeles, CA 90017<br>TELEPHONE NO.: (213) 232-3128 \| FAX NO. (213) 232-3125 \| E-MAIL ADDRESS kane.moon@moonyanglaw.com;<br>allen.feghali@moonyanglaw.com; enzo.nabiev@moonyanglaw.com<br>ATTORNEY FOR: Plaintiff: JEVANNO RUSSELL | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**08/23/2022** at 12:00:00 PM<br><br>Clerk of the Superior Court<br>By E- Filing,Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: CENTRAL

| | |
|---|---|
| Plaintiff: JEVANNO RUSSELL, an individual<br><br>Defendant: SODEXO, INC., a Delaware Corporation; et al. | CASE NUMBER:<br>37-2022-00030509-CU-WT-CTL |

| | |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2094618R |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **Notice of Case Assignment and Case Management Conference (Civil)**
3. a. Party served *(specify name of party as shown on documents served):*
   **SODEXO REMOTE SITES USA, INC., a Delaware Corporation**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Corporate Creations Network, Inc., Agent for Service of Process - by serving Lora Baker, Certified Coding Specialist**
4. Address where the party was served: **4640 Admiralty Way, 5th Floor**
   **Marina Del Rey, CA 90292**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **8/16/2022** (2) at *(time):* **1:10 PM**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/2094618** |

| | |
|---|---|
| Plaintiff: **JEVANNO RUSSELL, an individual**<br><br>Defendant: **SODEXO, INC., a Delaware Corporation; et al.** | CASE NUMBER:<br>**37-2022-00030509-CU-WT-CTL** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                           *(2) from  (city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of  *(specify):*

  c. ☐ as occupant.

  d. ☑ On behalf of  *(specify):* **SODEXO REMOTE SITES USA, INC., a Delaware Corporation**
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☑ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

  a. Name:  **Erika Garcia - Ace Attorney Service, Inc.**

  b. Address:  **811 Wilshire Boulevard, Suite 900  Los Angeles, CA 90017**

  c. Telephone number:  **(213) 623-3979**

  d. **The fee** for service was: **$ 44.50**

  e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☑ registered California process server:

      (i) ☐ owner     ☑ employee     ☐ independent contractor.

      (ii) Registration No.: **2019206319**

      (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/22/2022**

| | |
|---|---|
| **Erika Garcia** | ▶ *(signature)* |
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (Signature - Per CC §1633.7) |