UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEVANNO RUSSELL,<br><br>                                  Plaintiff,<br><br>v.<br><br>SODEXCO, INC., et al.,<br><br>                                  Defendants. | Case No.:  22-CV-1403-RBM-WVG<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION; CASE MANAGEMENT; AND TELEPHONIC PRE-EARLY NEUTRAL EVALUATION CONFERENCES** |

On October 25, 2022, presiding District Judge Ruth B. Montenegro issued an Order Granting the Parties' Joint Stipulation to Submit Matter to Arbitration. (Doc. No. 9.) Accordingly, this Court VACATES the December 9, 2022 Early Neutral Evaluation; December 9, 2022 Case Management; and December 2, 2022 Pre-Early Neutral Evaluation Conferences and related deadlines as set forth in this Court's October 14, 2022 Order. (Doc. No. 7.) The Parties shall jointly contact this Court's Chambers to coordinate further proceedings, if at all necessary, within two (2) business days of filing their Joint Status Report advising Judge Montenegro of the outcome of arbitration.

**IT IS SO ORDERED.**

DATED: October 25, 2022

_____
Hon. William V. Gallo
United States Magistrate Judge

22-CV-1403-RBM-WVG